FILED

JUN 2 8 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ANASTACIO MARES-HERRERA (1),

                Defendant.

CASE NO. 18CR2167-WQH

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:
8 USC 1326(a),(b) - Attempted Reentry of Removed Alien (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   6/26/18

_____
JUDGE WILLIAM Q. HAYES